| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JOON W. SONG, ESQ. (SBN 180726)<br>THE SONG LAW GROUP<br>A Professional Law corporation<br>818 WEST SEVENTH STREET, SUITE 900<br>LOS ANGELES, CALIFORNIA 90017<br>Tel: (213) 622-1300<br>Fax: (213) 622-1301<br><br>*Attorney for Plaintiff* NARA BANK, a California corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Jose Luis Rodriguez, fdba Diversified Investments Network, fdba Corona Learning Center<br><br>Debtor. | CHAPTER 7<br>CASE NUMBER 6:09-bk-22917-RN<br>ADVERSARY NUMBER 6:09-ap-01452RN |
|---|---|
| NARA BANK, a California corporation<br>vs.    Plaintiff(s),<br>JOSE LUIS RODRIGUEZ, an individual, also known as LUIS RODRIGUEZ BARRAGAN<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br>**ALIAS**<br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___DEC 1 4 2009___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:** JAN 0 7 2010    **Time:** 9:00 AM    **Courtroom:** 301    **Floor:** 3rd

- [ ] 255 East Temple Street, Los Angeles
- [ ] 411 West Fourth Street, Santa Ana
- [ ] 21041 Burbank Boulevard, Woodland Hills
- [ ] 1415 State Street, Santa Barbara
- [x] 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: NOV 1 3 2009

JON D. CERETTO
Clerk of the Bankruptcy Court
By: *[signature]*
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)

**F 7004-1**
F70041