ORIGINAL

JOON W. SONG (State Bar No. 180726)
THE SONG LAW GROUP,
A Professional Law Corporation
818 West 7th Street, Suite 900
Los Angeles, California 90017
Telephone:   (213) 487-2371
Facsimile:   (213) 487-2372

Attorneys for Plaintiff
NARA BANK, a California Corporation

FILED
NOV 12 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>JOSE LUIS RODRIGUEZ, formerly doing business as Diversified Investments Network and as Corona Learning Center; and RITA RODRIGUEZ, formerly known as RITA GONZALEZ,<br><br>Debtors. | CASE NO.: 6:09-bk-22917-RN<br><br>Chapter 7<br><br>ADVERSARY NO.: 6:09-ap-01452-RN<br><br>**DECLARATION OF MICHAEL L. TUSKEN IN SUPPORT OF REQUEST FOR ALIAS SUMMONS** |
| NARA BANK, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS RODRIGUEZ, an individual, also known as LUIS RODRIGUEZ BARRAGAN,<br><br>Defendant. | |

I, MICHAEL L. TUSKEN, declare as follows:

1.    I am an attorney duly authorized and licensed to practice law in the State of California and Of Counsel to The Song Law Group, A Professional Corporation,

1

**DECLARATION OF MICHAEL L. TUSKEN IN SUPPORT OF REQUEST FOR ALIAS SUMMONS**

1  attorneys for Plaintiff. The facts herein set forth are based either upon my own personal
2  knowledge and/or the pleadings, documents and files regularly maintained by our office
3  concerning this action. If called upon to do so, I could and would competently testify
4  thereto.

5    2.   On September 17, 2009, the Clerk of the Bankruptcy Court issued an
6  original Summons and Notice of Status Conference pertaining to Plaintiff's adversary
7  action. Fed. R. Bankr. P. Rule 7004(e) requires that plaintiff in an adversary action serve
8  the summons within 10 days following issuance.

9    3.   Due to an oversight by our office in properly following through with
10 service, for which the undersigned apologizes, Plaintiff did not timely serve the
11 summons. Therefore, the undersigned respectfully requests that the Court issue an Alias
12 Summons and Notice of Status Conference, in compliance Fed. R. Bankr. P. Rule
13 7004(e).

14   4.   Following issuance of an Alias Summons and Notice, the
15 undersigned will take all steps necessary to ensure that such summons and the adversary
16 complaint are timely served.

17   5.   I declare under penalty of perjury under the laws of the State of
18 California that the foregoing is true and correct and that this Declaration was executed on
19 August 6, 2009, at Los Angeles, California.

                                                _____
                                                MICHAEL L. TUSKEN, Declarant

2

**DECLARATION OF MICHAEL L. TUSKEN IN SUPPORT OF REQUEST FOR ALIAS SUMMONS**